UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:08-cr-482-T-33MAP

YOHAN PERAZA
_____/

## ORDER

Before the Court is the Government's Motion for a Final Judgment of Forfeiture (the "Forfeiture Motion," Doc. 125), pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853, for the following real property, the "Glenridge Property":

> The real property, including all improvements thereon and appurtenances thereto, located at 255 Glenridge Loop S., Lakeland, Florida, which is legally described as:
>
> Lot 22, Block B, GLENRIDGE PHASE 2, according to the plat thereof as recorded in Plat Book 95, page 43, of the Public Records of Polk County, Florida.
>
> Parcel Identification Number: 072724-160983-020220.

1. On March 20, 2009, the Court entered a Preliminary Order of Forfeiture, forfeiting to the Government all right, title and interest of Defendant Yohan Peraza in the Glenridge Property. (Doc. 106).

2. The only persons or entities known to have any potential interest in the Glenridge Property are the Polk County Tax Collector ("Tax Collector") and Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. ("Wells Fargo"). The Government sent, via certified U.S. mail, Notices of Forfeiture,

Acknowledgments of Receipt of Notice of Forfeiture and copies of the Preliminary Order of Forfeiture in the instant case to Wells Fargo and the Tax Collector.

3. On March 25, 2009, the Government received a signed return receipt from the Tax Collector. To date, no claim has been filed.[1]

4. On May 6, 2009, after several attempts to notify Wells Fargo, the Government received notice that Wells Fargo had received the Notice of Forfeiture. On June 22, 2009, the Government and Wells Fargo entered into a Stipulated Settlement Agreement. (Doc. 117).

5. In accordance with the provisions of 21 U.S.C. § 853(n), the Government published notice of the forfeiture, and of its intent to dispose of the Glenridge Property, on the official Government website, www. forfeiture.gov, from March 27, 2009 through April 25, 2009. (Doc. 111). The publication gave notice to all third parties with a legal interest in the Glenridge Property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

6. No persons or entities, other than Defendant Yohan Peraza (whose interest was forfeited to the Government in the Preliminary Order of

---

[1] Although the Tax Collector did not file a claim, the Government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale.

Forfeiture), the Tax Collector and Wells Fargo (whose interest was settled), are known to have an interest in the Glenridge Property.  No other third party has filed a petition asserting an interest in the Glenridge Property, and the time for filing such petition has expired.

7. The Court finds that the Glenridge Property is the property of Defendant Yohan Peraza.

Accordingly, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) The Forfeiture Motion (Doc. 125)  is **GRANTED**.  Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the Glenridge Property are **CONDEMNED** and **FORFEITED** to the Government, for disposition according to law, subject to the interests of the Tax Collector and Wells Fargo, as follows:

### A. Tax Collector

Although the Tax Collector did not file a claim, the Government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale.

### B. Wells Fargo

The Government, agrees that upon entry of a Final Order of  Forfeiture and solely from the proceeds of the sale of the Glenridge Property, to the extent that there are sufficient proceeds, after the deduction of the Government's expenses relating to the seizure, maintenance, custody, publication, marketing and sale of the

Glenridge Property, including any and all outstanding taxes and interest due and owing the Tax Collector, it will pay to Wells Fargo:

    A.    Unpaid principal in the amount of $112,653.68 as of May 6, 2009, due to Wells Fargo, under its Mortgage, dated September 19, 2002 and recorded on September 26, 2002, consisting of eighteen (18) pages, in O.R. Book 05123, pages 0410 through 0427, in the Public Records of Polk County Florida, which instrument secured repayment of the funds due with respect to Glenridge Property; and

    B.    All reasonable unpaid interest, at the contractual rate, in the amount of $5,463.47 through June 30, 2009, with a daily per diem rate of $20.06 up to the date of payment.

(2)    It is **FURTHER ORDERED** that clear title to the Glenridge Property is vested in the Government, which may warrant clear title to any subsequent purchaser or transferee.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 20th day of July 2009.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record